No. 252.  GORE ET AL. v. UNITED STATES STEEL CORP. Supreme Court of New Jersey.  Certiorari denied.  *David Roskein* and *Edwin Brobston* for petitioners.  *Josiah Struker* for respondent.

No. 270.  CHICAGO & NORTH WESTERN RAILWAY Co. v. MARGEVICH.  Appellate Court of Illinois, First District. Certiorari denied.  *Otis Lowell Hastings* and *Drennan J. Slater* for petitioner.  *James A. Dooley* for respondent.

No. 281.  SPECIALTIES DEVELOPMENT CORP. v. RANDOLPH LABORATORIES, INC.; and
No. 348.  RANDOLPH LABORATORIES, INC. v. SPECIALTIES DEVELOPMENT CORP. · C. A. 3d Cir.  Certiorari denied.  *Floyd H. Crews* for Specialties Development Corp. *W. B. Morton* for Randolph Laboratories, Inc.

No. 286.  HIRSHON TRUST ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied. *Randolph E. Paul* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 287.  REMINGTON RAND, INC. v. BUSH ET AL. C. A. 2d Cir.  Certiorari denied.  *John W. Davis, Homer Cummings, Raymond E. Hackett, Francis J. McNamara* and *William R. Meagher* for petitioner.  *Robert P. Butler* and *Valentine J. Sacco* for respondents.